IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
SEP 12 1997
Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| MARK BAILEY, D. C., TODD BOYD, D. C., | § | |
| CURTIS COOK, D. C., ALEJANDRO LEAL, | § | |
| ROSA CARTRIGHT, D/B/A RITA'S HAIR | § | |
| DESIGN d/b/a EXCLUSIVE HAIR DESIGNS, | § | |
| Plaintiffs, | § | |
| | § | CIVIL ACTION NO. B-97-206 |
| vs. | § | |
| | § | |
| DAN MORALES, as Attorney General of the | § | |
| State of Texas, | § | |
| Defendant. | § | |

## MOTION TO APPEAR PRO HAC VICE

TO THE HONORABLE COURT:

James B. Pinson, Movant, an assistant attorney general for the State of Texas, pursuant to Local Rule 1.K, hereby moves this Court to allow him to appear *pro hac vice* as attorney-in-charge on behalf of Dan Morales, Defendant. Movant is an attorney with the Attorney General's Office of the State of Texas, and has been assigned to represent Defendant in this case. Movant is an attorney at law licensed to practice by the State of Texas and is a member in good standing of the State Bar of Texas.

Movant submits to the jurisdiction of this Court for discipline purposes and submits to all Local Rules.

In support of this motion, Movant represents that he has not previously been convicted of a felony or a misdemeanor involving moral turpitude, nor has he been the subject of any disciplinary action by a court of record.

WHEREFORE, James B. Pinson respectfully requests that the Court grant this motion and allow him to appear *pro hac vice* as attorney-in-charge on behalf of Defendant for purposes of this proceeding.

Respectfully submitted,

DAN MORALES
Attorney General of Texas

JORGE VEGA
First Assistant Attorney General

LAQUITA A. HAMILTON
Deputy Attorney General for Litigation

TONI HUNTER
Chief, General Litigation Division

*James B. Pinson*
JAMES B. PINSON
Texas Bar No. 16017700
Assistant Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120
(512) 320-0667 facsimile

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been sent by first-class mail on September 12, 1997, to the following person:

Mr. Martyn B. Hill
3150 Two Houston Center
909 Fannin
Houston, Texas 77010

*[signature]*
JAMES B. PINSON
Assistant Attorney General