3

United States District Court
Southern District of Texas
FILED

SEP 1 2 1997

Michael N. Milby, Clerk of

# COURTROOM MINUTES

HONORABLE  FILEMON B. VELA   JUDGE PRESIDING

COURTROOM CLERK  Ed Leandro

COURT REPORTER/ERO  Bill Holloway

LAW CLERKS  D. Esparza & A. Liberman

C.S.O  Paul Infante

DATE:  September 12, 1997   TIME:  9:00 A.M.

*****************************************************************

CIVIL ACTION NO.  B-97-206

| | |
|---|---|
| MARK BAILEY, D.C., ET AL | MARTYN B. HILL |
| | PATRICIA HERNANDEZ |
| VS. | |
| DAN MORALES, AS ATTORNEY GENERAL OF THE STATE OF TEXAS | JAMES B. PINSON |

*****************************************************************

HEARING ON APPLICATION FOR TRO

   Parties present for hearing on Application for TRO.  Motion of James B. Pinson to appear Pro Hac Vice filed and granted.  Application for TRO taken under advisement.  Court gives plaintiff 10 days to file briefs and defendant 3 days to respond to plaintiff's brief.  Hearing concluded.

/55