Case 1:97-cv-00206   Document 4   Filed in TXSD on 09/22/1997   Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED
SEP 22 1997
Michael N. Milby, Clerk
By Deputy: _____

United States District Court
Southern District of Texas
FILED
SEP 22 1997
Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| MARK BAILEY, D. C., TODD BOYD, D. C., CURTIS COOK, D. C., ALEJANDRO LEAL, ROSA CARTRIGHT, D/B/A RITA'S HAIR DESIGN d/b/a EXCLUSIVE HAIR DESIGNS, Plaintiffs, vs. DAN MORALES, as Attorney General of the State of Texas, Defendant. | § § § § § § § § § § § § CIVIL ACTION NO. B-97-206 |

## ORDER GRANTING LEAVE TO APPEAR PRO HAC VICE

Before the Court is the Motion to Appear Pro Hac Vice filed by James B. Pinson. The Court is of the opinion that said motion is meritorious and should be GRANTED.

IT IS THEREFORE ORDERED that James B. Pinson be granted leave to appear in this matter and to represent Dan Morales, Defendant.

SIGNED on the 22nd day of SEPT, 1997.

_____
UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE

154