**United States District Court**
**Southern District of Texas**
**FILED**

# WAIVER OF SERVICE OF SUMMONS

## SEP 26 1997

**Michael N. Milby, Clerk of Court**

TO:    Martyn B. Hill, Pagel, Davis & Hill, P.C.

RE:    Caption of Action:   Mark Bailey, D.C., et al. vs. Dan Morales
:

Case Number:    B-97-206

I acknowledge receipt of your request that I waive service of a summons in the action stated above, which was filed in the United States District Court for the Southern District of Texas. I have also received a copy of the complaint in the action, two copies of this Instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to be jurisdiction or venue of the Court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after the date the request was sent, which was *Sept. 4, 1997*, or within 90 days after that date if the request was sent outside the United States.

*September 16, 1997*
Date

*James B. Pinson*
Signature

James B. Pinson
Printed/Typed Name

Dan Morales, Attorney General for the State of Texas, Defendant

/82