IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 23 1997

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| MARK BAILEY, D. C., TODD BOYD, D.C., CURTIS COOK, D.C., ALEJANDRO LEAL, ROSA CARTWRIGHT, d/b/a RITA'S HAIR DESIGN, d/b/a XCLUSIVE HAIR DESIGNS<br>Plaintiffs, | § § § § § § § | |
| VS. | § § | CIVIL ACTION NO. |
| DAN MORALES, as Attorney General of the State of Texas,<br>Defendant<br>In his Respective Official Capacity. | § § § § § § | B-97-206 |

## MOTION TO SET HEARING

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Plaintiffs and file this their Motion to Set Hearing on Plaintiffs' Application for Temporary Restraining Order and Motion for Preliminary Injunction and would further represent:

1. This case was originally filed on September 4, 1997 based on Plaintiffs' Verified Original Complaint for Declaratory Judgment, Application for Temporary Restraining Order and Motion for Preliminary Injunction and Memorandum.

2. Based on a request by the Court, the Plaintiffs and the Defendant have filed supplemental legal authority with the Court.

3. Plaintiffs respectfully request that this Court set a Hearing at the earliest possible convenient time for the reasons as set out in the Plaintiffs' Verified Original Complaint for Declaratory Judgment, Application for Temporary Restraining Order and Motion for Preliminary Injunction and Memorandum and as set out in subsequent pleadings by Plaintiffs. Plaintiffs

would further point to FRCP 57 indicating that the Court might Order a speedy hearing in an action for Declaratory Judgment and advance it on the calendar.

4. At this point, Plaintiffs are without a remedy and they are loosing significant amounts of money in business everyday that they operate at a loss without equitable relief in this action. Plaintiffs have already terminated over forty employees since September 1, 1997 and this damage is in every manner irreparable.

5. Again, Plaintiffs urge this Court to set a Hearing on Plaintiffs' Motion for Preliminary Injunction and on the Request for Declaratory Judgment at the earliest possible convenient time.

WHEREFORE PREMISES CONSIDERED Plaintiff prays that this Motion to Set Hearing be granted.

Respectfully submitted,

By: _____
MARTYN B. HILL
State Bar No. 09647460
KENT J. PAGEL
State Bar No. 15410900
3150 Two Houston Center
909 Fannin
Houston, Texas 77010
Tel: (713) 951-0160
Fax: (713) 951-0662

ATTORNEYS IN CHARGE FOR PLAINTIFFS, MARK BAILEY, D.C., TODD BOYD, D.C., CURTIS COOK, D.C., ALEJANDRO LEAL, d/b/a XCLUSIVE HAIR DESIGNS, ROSA CARTWRIGHT, d/b/a RITA'S HAIR DESIGN

OF COUNSEL:

PAGEL, DAVIS & HILL, P.C.
3150 Two Houston Center
909 Fannin
Houston, Texas 77010
Tel:   (713) 951-1060
Fax:   (713) 951-0662

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of October, 1997 a true and correct copy of Plaintiffs' Motion to Set Hearing has been served by First Class Mail upon Defendant by serving James B. Pinson, Assistant Attorney General, Office of the Attorney General, General Litigation Division, Price Daniel Sr. Bldg., 209 W. 14th & Colorado Streets, Austin, Texas 78711.

_____
MARTYN B. HILL

25091022.MOT.vcl

/29