UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

NOV 19 1997

Michael N. Milby, Clerk
By Deputy:

United States District Court
Southern District of Texas
FILED

NOV 13 1997

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

MARK BAILEY, D.C., TODD BOYD, D.C., §
CURTIS COOK, D.C., ALEJANDRO LEAL, §
ROSA CARTRIGHT, D/B/A RITA'S HAIR §
DESIGN D/B/A EXCLUSIVE HAIR DESIGNS, §
    Plaintiffs, §
§
VS. § CIVIL ACTION NO. B-97-206
§
DAN MORALES, as Attorney General of the §
State of Texas, §
    Defendant. §

## ORDER

Before this Court is the Plaintiffs' Verified Original Complaint for Declaratory Judgment, Application for Temporary Restraining Order and Motion for Preliminary Injunction and Memorandum. Inasmuch as there may be an impact on the First Amendment of the United States Constitution, the Court finds that there is a federal issue. Accordingly, Declaratory Judgment relief will be considered with respect to Plaintiffs' application.

The parties are instructed to submit briefs on each following issues within fifteen (15) days, with five (5) additional days to respond to each of the respective original briefs:

    1) If the Act in question prohibits the conduct addressed in the Plaintiffs' Original Complaint;

    2) If the Act actually violates the First Amendment of the United States Constitution as it limits its application to certain professions only; and

    3) Whether the Act's criminalization, as a third degree felony, of certain conduct is constitutional.

It is so ORDERED.

Done this 13th day of November, at Brownsville, Texas.

Filemon B. Vela
United States District Judge

/20