IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 0 1 1998

Michael N. Milby
Clerk of Court

| | |
|---|---|
| MARK BAILEY, D.C., et al. § | |
| Plaintiff § | |
| § | |
| VS § | CIVIL ACTION NO. B-97-206 |
| § | |
| DAN MORALES, as Attorney General § | |
| of the State of Texas § | |
| Defendant. § | |

## NOTICE OF ADDRESS CHANGE

Please take notice that the new address for this law firm is:

Pagel, Davis & Hill, P.C.
1415 Louisiana, 22nd Floor
Houston, Texas 77002
Telephone: 713-951-0160
Facsimile: 713-951-0662

Respectfully submitted,

PAGEL, DAVIS & HILL, P.C.

By: _____
Martyn B. HILL
State Bar No. 09647460
1415 Louisiana, 22nd Floor
Houston, Texas 77002
Telephone:   713-951-0160
Facsimile:   713-951-0662

ATTORNEY FOR MARK BAILEY, D.C., et al.

019

OF COUNSEL:

PAGEL, DAVIS & HILL, P.C.
1415 Louisiana, 22nd Floor
Houston, Texas   77002
(713) 951-0160
(713) 951-0662 (Fax)

## CERTIFICATE OF SERVICE

This is to certify pursuant to FEDERAL RULES OF CIVIL PROCEDURE that on this the 26th day of May, 1998, the original of the foregoing Notice of Address Change was served by facsimile to 512-320-0667 and by First Class mail, postage prepaid, upon attorney for Defendant Dan Morales, James B. Pinson, Assistant Attorney General, General Litigation Division, P. O. Box 12548, Capitol Station, Austin, Texas 78711-2548.

MARTYN B. HILL

Bailey-Brownsville.NOT.vcl

NOTICE OF ADDRESS CHANGE                    2

030