21

United States District Court
Southern District of Texas
ENTERED

AUG 0 3 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 31 1998

Michael N. Milby
Clerk of Court

| | |
|---|---|
| MARK BAILEY, D.C., TODD BOYD, D.C., CURTIS COOK, D.C., ALEJANDRO LEAL, ROSA CARTWRIGHT, d/b/a RITA'S HAIR DESIGN, d/b/a XCLUSIVE HAIR DESIGNS<br>　　　　Plaintiffs, | § § § § § § |
| VS. | § |
| DAN MORALES, as Attorney General of the State of Texas,<br>　　　　Defendant. | § § § § |

Civil Action No. B-97-206

## FINAL ORDER

In accordance with this Court's Order entered on July 22, 1998,

It is ORDERED, ADJUDGED and DECREED that the Plaintiffs' Verified Original Complaint for Declaratory Judgment, Application for Temporary Restraining Order and Motion for Preliminary Injunction should be and are hereby DISMISSED.

All relief requested and not expressly granted herein is DENIED.

Done this 31st day of July, 1998, in Brownsville, Texas.

_____
Filemon B. Vela
United States District Judge

4