IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 25 1998

Michael N. Milby, Clerk of Court

| | |
|---|---|
| MARK BAILEY, D. C., TODD BOYD, D.C., § <br> and CURTIS COOK, D.C., § <br>           Plaintiffs, § <br> § <br> VS. § <br> § <br> DAN MORALES, as Attorney General § <br> of the State of Texas, § <br>           Defendant § <br> § <br> In his Respective Official Capacity. § | FILE NUMBER  B-97-206 <br><br> **Notice of Appeal** |

Notice is hereby given that Mark Bailey, D.C., Todd Boyd, D.C., and Curtis Cook, D.C., Plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the Fifth Circuit from a Final Order entered in this action on the 31st day of July, 1998.

Respectfully submitted,

PAGEL, DAVIS & HILL, P.C.

*[signature]*

MARTYN B. HILL
State Bar No. 09647460
1415 Louisiana, 22nd Floor
Houston, Texas 77002
Tel: (713) 951-0160
Fax: (713) 951-0662

ATTORNEY IN CHARGE FOR PLAINTIFFS,
MARK BAILEY, D.C., TODD BOYD, D.C., CURTIS COOK, D.C.,

S:\PDH Files\1998\TX Chiropractic\0812 Notice of Appeal.wpd

003

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
RECEIVED

SEP - 1 1998

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| MARK BAILEY, D. C., TODD BOYD, D.C., and CURTIS COOK, D.C., | § § § | FILE NUMBER B-97-206 |
| Plaintiffs, | § § | |
| VS. | § § | **Notice of Appeal** |
| DAN MORALES, as Attorney General of the State of Texas, | § § § | |
| Defendant | § § | |
| In his Respective Official Capacity. | § | |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

On August 25, 1998, Plaintiffs filed a Notice of Appeal and served a copy on all Counsel of Record. The copy in Plaintiffs' counsel's files is inadvertently missing the Certificate of Service, even though opposing counsel was timely served with a copy of the Notice of Appeal. Plaintiffs are filing this Supplemental Certificate of Service in order to clarify the record.

Respectfully submitted,

PAGEL, DAVIS & HILL, P.C.

MARTYN B. HILL
State Bar No. 09647460
1415 Louisiana, 22nd Floor
Houston, Texas 77002
Tel:  (713) 951-0160
Fax:  (713) 951-0662

TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, Clerk of Court
By _____
          Deputy Clerk

ATTORNEY IN CHARGE FOR PLAINTIFFS,

004

MARK BAILEY, D.C., TODD BOYD, D.C., CURTIS COOK, D.C.,

S:\PDH Files\1998\Texas Chiropractic\Appeal\Supp Cert of Service.wpd

## CERTIFICATE OF SERVICE

This is to certify that on the 31st day of August, 1998, a true and correct copy of the foregoing instrument was served upon Defendant Dan Morales, Attorney General for the State of Texas, in his Respective Official Capacity via facsimile 512-320-0667 and by first class mail to James B. Pinson, Assistant Attorney General, Office of the Attorney General, State of Texas, P. O. Box 12548, Austin, Texas 78711-2548.

_____
MARTYN B. HILL

005