

United States District Court
Southern District of Texas
FILED

SEP 1 1998

Michael N. Milby, Clerk of Court

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARK BAILEY, D. C., TODD BOYD, D.C., and CURTIS COOK, D.C., § § § Plaintiffs, § § VS. § § DAN MORALES, as Attorney General § of the State of Texas, § § Defendant § § In his Respective Official Capacity. § | | FILE NUMBER B-97-206<br><br>**Notice of Appeal** |

### SUPPLEMENTAL CERTIFICATE OF SERVICE

On August 25, 1998, Plaintiffs filed a Notice of Appeal and served a copy on all Counsel of Record. The copy in Plaintiffs' counsel's files is inadvertently missing the Certificate of Service, even though opposing counsel was timely served with a copy of the Notice of Appeal. Plaintiffs are filing this Supplemental Certificate of Service in order to clarify the record.

Respectfully submitted,

PAGEL, DAVIS & HILL, P.C.

_____
MARTYN B. HILL
State Bar No. 09647460
1415 Louisiana, 22nd Floor
Houston, Texas 77002
Tel:  (713) 951-0160
Fax:  (713) 951-0662

ATTORNEY IN CHARGE FOR PLAINTIFFS,

MARK BAILEY, D.C., TODD BOYD, D.C., CURTIS COOK, D.C.,

S:\PDH Files\1998\Texas Chiropractic\Appeal\Supp Cert of Service.wpd

## CERTIFICATE OF SERVICE

This is to certify that on the 31st day of August, 1998, a true and correct copy of the foregoing instrument was served upon Defendant Dan Morales, Attorney General for the State of Texas, in his Respective Official Capacity via facsimile 512-320-0667 and by first class mail to James B. Pinson, Assistant Attorney General, Office of the Attorney General, State of Texas, P. O. Box 12548, Austin, Texas 78711-2548.

_____
MARTYN B. HILL

ClibPDF - www.fastio.com