# UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

---
No. 98-41071
---

D.C. Docket No. B-97-CV-206

**U.S. COURT OF APPEALS**
**FILED**
SEP 16 1999
CHARLES R. FULBRUGE III
CLERK

MARK BAILEY; ET AL

    Plaintiffs

MARK BAILEY, DC; TODD BOYD, DC; CURTIS COOK, CD

    Plaintiffs - Appellants

United States District Court
Southern District of Texas
FILED
OCT 18 1999
Michael N. Milby
Clerk of Court

v.

DAN MORALES, Attorney General, State of Texas

    Defendant - Appellee

Appeal from the United States District Court for the
Southern District of Texas, Brownsville.

Before JONES and WIENER, Circuit Judges and LITTLE, Chief District Judge.*

## J U D G M E N T

This cause came on to be heard on the record on appeal and was argued by counsel.

ON CONSIDERATION WHEREOF, it is now here ordered and adjudged by this Court that the judgment of the District Court in this cause is reversed.

IT IS FURTHER ORDERED that defendant-appellee pay to plaintiffs-appellants the costs on appeal to be taxed by the Clerk of this Court.

ISSUED AS MANDATE: OCT 08 1999

---

*Chief District Judge of the Western District of Louisiana, sitting by designation.

A true copy
Test

Clerk, U.S Court of Appeals, Fifth Circuit

By _____ Deputy

New Orleans, Louisiana