**U.S. COURT OF APPEALS**
**FILED**
SEP 29 1999
CHARLES R. FULBRUGE III
CLERK

**BILL OF COSTS**

United States District Court
Southern District of Texas
FILED
OCT 18 1999
Michael N. Milby
Clerk of Court

NOTE: The Bill of Costs is due for filing in this office within **14 days** from the date of issuance in accordance with Rule 39 F.R.A.P. If a bill of costs is not timely filed in this office, processing can be accomplished only by the filing of a formal motion for leave to file same out of time.

The Clerk is requested to tax the following costs against: _Dan Morales, Texas Attorney General_

Mark Bailey, et al. v. Dan Morales, Texas Attorney General  No. 98-41071

| COSTS TAXABLE UNDER FRAP & LOCAL RULES 39 | REQUESTED | | | | ALLOWED (If different from amount requested) | | | |
|---|---|---|---|---|---|---|---|---|
| | No. of Copies | Pages Per Copy | Cost per Page* | Total Cost | No. of Documents | Pages per Document | Cost per Page* | Total Cost |
| Docket fee ($100.00) | | | | $100.00 | | | | 100.00 |
| Appendix or Record Excerpts | 14 | 30 | 25 | 105.00 | 10 | 30 | .25 | 75.00 |
| Appellant's Brief | 20 | 53 | 25 | 265.00 | 15 | 53 | .25 | 198.75 |
| Appellee's Brief | | | | | | | | |
| Appellant's Reply Brief | | | | | | | | |
| Other: Index Tabs 1-10 | | | .25 | 40.59 | Tabs | | | 40.59 |
| | | | Total $ | $510.59 | | | | 414.34 |

Costs are hereby taxed in the amount of $ 414.34 this 8th day of October, 1999

By _[signature]_  
Deputy Clerk

CHARLES R. FULBRUGE III, CLERK

Costs are taxed in the amount of $ 414.34

State of TEXAS
County of HARRIS

I, Martyn B. Hill, do hereby swear under penalty of perjury that the services for which fees have been charged were incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this Bill of Costs was this day mailed to opposing counsel, with postage fully prepaid thereon. This 28th day of September, 1999.

_[signature]_
(Signature)

Mark Bailey, et al, Appellants
Attorney for

*SEE REVERSE SIDE FOR LOCAL & FRAP RULES GOVERNING TAXATION OF COSTS

U.S. COURT OF APPEALS
RECEIVED
SEP 29 1999
NEW ORLEANS, LA.