27

United States District Court
Southern District of Texas
ENTERED

SEP 0 7 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| MARK BAILEY, D.C., TODD BOYD, D.C., and CURTIS COOK, D.C., <br> Plaintiffs, <br><br> VS. <br><br> DAN MORALES, as Attorney General of the State of Texas, <br> Defendant. <br><br> In his Respective Official Capacity. | CIVIL ACTION NO. B-97-206 |

## ORDER

Pursuant to the Decision reached by the United States Court of Appeals for the Fifth Circuit, it is ORDERED that Civil Action No. B-97-206 is hereby DISMISSED, subject to compliance therewith.

Signed on this the 7th day of September, 2001 in Brownsville, Texas.

_____
Honorable Filemon B. Vela
United States District Court